UNITED STATES of America, Plaintiff-Appellee,

v.

Willard Thomas BAXTER, Defendant-Appellant.

No. 71-2482.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

This is an appeal from a revocation of probation, caused by a failure to report and for other reasons.[1] The appeal is clearly without merit and we affirm under the provisions of our Local Rule 21.[2]

Affirmed.

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's Local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5 Cir., 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

UNITED STATES of America, Plaintiff-Appellee,

v.

Earlie HIGGINBOTTAM, Defendant-Appellant.

No. 71-2606
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 19, 1972.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1a]

York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1a. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).
Defendant was convicted of unlawfully and knowingly possessing a quantity of whiskey in immediate containers not having stamps affixed thereto as required by law, 26 U.S.C. § 5604(a) (1). On this appeal he contends the evidence was not sufficient to sustain the conviction, that the indictment was defective, and that he was entrapped.